## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERONIMO F. ROSADO, JR.,  :
  *Plaintiff,*    :
         :
 v.       :  CIVIL ACTION NO. 24-CV-2972
         :
CHESTER COUNTY HOSPITAL, *et al.*, :
  *Defendants.*   :

## ORDER

AND NOW, this 6th day of November, 2024, upon consideration of Plaintiff

Geronimo F. Rosado, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 5), and *pro se*

Complaint (ECF No. 1), it is **ORDERED** that:

 1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §

1915.

 2. The Complaint is **DEEMED** filed.

 3. For the reasons stated in the Court's Memorandum, Rosado's Complaint

is **DISMISSED** as follows:

  a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to

   28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

  b. All state law claims are **DISMISSED WITHOUT PREJUDICE**.

 4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

       **BY THE COURT:**


       */s/ Gerald J. Pappert*
       **Gerald J. Pappert, J.**